# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 13, 2021

Lyle W. Cayce
Clerk

No. 20-30210
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JEREME THOMAS,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:06-CR-269-1

Before KING, COSTA, and HO, *Circuit Judges*.

PER CURIAM:*

Jereme Thomas, federal prisoner # 29977-034, appeals the denial of his motion under § 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222, to reduce his 240-month sentence for conspiracy to distribute cocaine base. We review the district court's decision to deny a

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-30210

First Step Act reduction for an abuse of discretion. *United States v. Jackson*, 945 F.3d 315, 319 (5th Cir. 2019), *cert. denied*, 140 S. Ct. 2699 (2020).

Although Thomas contends that the district court failed to acknowledge the applicable amended guidelines range, the order denying the First Step Act motion listed the amended guidelines range and the amended statutory minimum. Thomas also argues that the district court did not adequately explain its reasons for denying First Step Act relief, but Thomas's arguments in his motion were before the district court, which gave specific reasons, tied to relevant 18 U.S.C. § 3553(a) factors, for denying a reduction. *See United States v. Batiste*, 980 F.3d 466, 479 (5th Cir. 2020).

AFFIRMED.